JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSTATE EQUIPMENT CO., LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02262-RGK-KES<br><br>**ORDER RE JOINT STIPULATION TO SUBMIT ACTION TO INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS PENDING INDIVIDUAL ARBITRATION**<br><br>[16] |
|---|---|

**IT IS HEREBY ORDERED** that, pursuant to the Parties' Stipulation to Submit to Arbitration:

1. Plaintiff's individual claims shall be submitted to arbitration with JAMS;

2. Plaintiff's class claims shall be dismissed without prejudice;

3. This civil proceeding shall be stayed in its entirety pending completion of the arbitration;

4. The Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. All pending dates are hereby vacated; and

5. The Court will retain jurisdiction of this action to enforce this Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court.

**IT IS SO ORDERED**.

DATED: _4/15/2025

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
United States District Judge